UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CALVIN CHANEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-03472-MJD-RLY |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

**JUDGMENT**

The Court, having made its entry on July 10, 2018, it is ADJUDGED that the final decision of the Commissioner denying the application for Supplemental Security Income disability benefits for Calvin Chaney based on his application filed on March 28, 2014, is **AFFIRMED**.

SO ORDERED.

Dated: 10 JUL 2018

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

*CLERK OF COURT, Laura A. Briggs*

BY: L. Geeta DeVellen

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kathryn.olivier@usdoj.gov

Christie O'Brien Tate
SOCIAL SECURITY ADMINISTRATION
christie.tate@ssa.gov